UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:  CASE NO.: 12-37173-LMI
Chapter 13

FERNANDE SYLVAIN,

_____Debtor._____/

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO SECTION 1307 (B)

COMES NOW the Debtor, FERNANDE SYLVAIN, by and through the undersigned attorney state that this case has not previously been converted and pursuant to 11 U.S.C. § 1307(b), request the Court dismiss this case.

### CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically via **CM/ECF** to Patti H Bass on behalf of Creditor Capital One, N.A., ecf@bass-associates.com, Stefan Beuge on behalf of Creditor Bank of America, N.A., flsd.bankruptcy@phelanhallinan.com, Jay.Jones@fedphe.com, Kevin A Comer on behalf of Creditor Bayview Loan Servicing, LLC. bkfiling@consuegralaw.com, Nancy K. Neidich, Standing Chapter 13 Trustee, e2c8f01@ch13herkert.com, Office of the US Trustee, USTPRegion21.MM.ECF@usdoj.gov and all others entitled to electronic notice on this 10th day of April, 2013.

Advantage Law Group, P.A.
*Attorney for the Debtor*
950 S. Pine Island Road, Ste. A-150
Plantation, FL 33324
Phone: 954-727-8271
Fax:    954 727-8724

By: */s/ Stan L. Riskin*
Stan L. Riskin, Esq.
Fla. Bar No. 129106
Stan.riskin@gmail.com